DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-06-00306-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

LUIS ALBERTO-VARONA BLAS,          §          APPEAL
FROM THE 241ST

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE  §          SMITH COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellant
has filed a motion to withdraw his notice of appeal and dismiss this
appeal.  The motion is signed by
Appellant and his counsel.  No decision
on the merits having been delivered by this court, the motion is granted, and
the appeal is dismissed in accordance with Texas Rule of Appellate Procedure
42.2.

Opinion delivered April 30, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(DO
NOT PUBLISH)